IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK K. COURTNEY,   No. 2:18-CV-2052-CMK-P

    Plaintiff,

 vs.   ORDER

POOJA KANDEL, et al.,

    Defendants.

_____/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff seeks the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). A finding of "exceptional circumstances" requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal

issues involved.  See Terrell, 935 F.2d at 1017.  Neither factor is dispositive and both must be viewed together before reaching a decision.  See id.

In the present case, the court does not at this time find the required exceptional circumstances.  Plaintiff argues that appointment of counsel is warranted because he is indigent, he has limited knowledge of the law, and the issues involved in his case are complex.  Regarding the first two reasons, the court finds that these are not extraordinary circumstances but circumstances common to most inmates.  As to the complexity of the issues involved in this case, the court does not agree that they are complex.  To the contrary, plaintiff's claim of deliberate indifference to a serious medical need is a common claim involving well-settled legal principles.  Finally, a review of plaintiff's filing to date suggests he is capable of articulating his claims on his own.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Doc. 9) is denied.

DATED:  August 20, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE