IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK K. COURTNEY,<br><br>Plaintiff,<br><br>v.<br><br>POOJA KANDEL, et al.,<br><br>Defendants. | No. 2:18-CV-2052-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff seeks a default judgment against defendants for failure to respond in this action (Doc 16). Plaintiff's motion is construed as a request for entry of default and, so construed, the motion will be denied because the docket reflects defendants timely responded by way of motions to dismiss (see Docs. 14 and 22).

Plaintiff seeks the voluntary dismissal of defendant Moore (Doc. 25). Because no answer or motion for summary judgment has been filed, leave of court is not required and defendant Moore is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court will be directed to terminate Moore as a defendant to this action.

///

///

1

| | |
|---|---|
| 1 | Defendants seek an order striking plaintiff's sur-reply filed without prior court |
| 2 | authorization (Doc. 29). Good cause appearing therefor, defendant's motion will be granted and |
| 3 | plaintiff's unauthorized sur-reply will be stricken. |
| 4 | Defendants motions to dismiss will be addressed by separate findings and |
| 5 | recommendations. |
| 6 | Accordingly, IT IS HEREBY ORDERED that: |
| 7 | 1. Plaintiff's motion for default judgment (Doc. 16) is construed as a motion |
| 8 | for entry of default and, so construed, is denied; |
| 9 | 2. Defendant Moore is dismissed on plaintiff's notice (Doc. 25) and the Clerk |
| 10 | of the Court is directed to terminate Moore as a defendant to this action; and |
| 11 | 3. Defendants' motion to strike (Doc. 29) is granted and plaintiff's |
| 12 | unauthorized sur-reply (Doc. 28) is stricken. |

Dated: March 26, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE