IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK K. COURTNEY, | No. 2:18-CV-2052-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| POOJA KANDEL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' unopposed motion to strike plaintiff's reply to defendants' answer (ECF No. 39). Because the Federal Rules of Civil Procedure do not contemplate a reply to an answer as an appropriate or allowable pleading, defendants' unopposed motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' unopposed motion to strike (ECF No. 39) is granted; and
2. Plaintiff's reply to defendant's answer (ECF No. 37) is stricken.

Dated: January 8, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1