IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK K. COURTNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>POOJA KANDEL, et al.,<br><br>    Defendants. | No. 2:18-CV-2052-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion for summary judgment. See ECF No. 43. Plaintiff has filed his opposition to Defendants' motion and Defendants have filed their reply. See ECF Nos. 45 and 46. On August 17, 220, plaintiff filed an unauthorized sur-reply, see ECF No. 47, which Defendants have moved to strike, see ECF No. 49. Good cause appearing therefor, Defendants' motion to strike is granted. Plaintiff's unauthorized sur-reply is stricken.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1